LUCY E. BROWN (HI Bar No. 10946)
lucy.e.brown@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M. Street NE, Suite 4.400
Washington, D.C. 20002
Telephone (202) 307-6430
Facsimile (202) 514-8865

*Attorney for Defendant*

[additional counsel listed in signature block]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, *et al*.,

Plaintiffs,

v.

ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency,

Defendant.

Case No. 3:20-cv-05436-EMC

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE [AND PROPOSED ORDER]**

Pursuant to Local Rule 6-1(b), Defendant Andrew R. Wheeler, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA") and Plaintiffs Center for Biological Diversity, Center for Environmental Health, and Sierra Club (collectively, "Plaintiffs"), by and through the undersigned counsel, hereby jointly stipulate to extend the briefing schedule by 60 days. In support of this joint stipulation, the Plaintiffs and EPA (collectively, the "Parties") state as follows:

1. The Parties have agreed to enter settlement negotiations regarding the remaining claims in this case. The time modification will provide the Parties an opportunity to develop and

1. present initial settlement positions and discuss the terms of a potential stay or settlement of the litigation.

2. This is the second modification of time in this case.

3. Accordingly, the parties stipulate to and request that the Court continue all deadlines in the briefing schedule for 60 days and the hearing date for 63 days (Dkt. No. 31). The proposed amended briefing schedule is as follows:

| Deadline | Due Date |
| --- | --- |
| Plaintiffs' Motion for Summary Judgment | February 16, 2021 |
| EPA's Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | April 20, 2021 |
| Plaintiffs' Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to EPA's Cross-Motion for Summary Judgment | May 18, 2021 |
| EPA's Reply in Support of EPA's Cross-Motion for Summary Judgment | June 8, 2021 |
| Hearing | July 1, 2021 1:30 pm |

Respectfully submitted,

Date: December 9, 2020

    /s/ Ashley Bruner
Ashley Bruner, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 1178
Flagstaff, AZ 86002
Phone: 928-666-0731
email: abruner@biologicaldiversity.org

ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202

Case 3:20-cv-05436-EMC   Document 35   Filed 12/09/20   Page 3 of 4

<pre>
                          Tel: (720) 496-8568
                          Email: rukeiley@biologicaldiversity.org

                          Jonathan Evans (Cal. Bar #247376)
                          CENTER FOR BIOLOGICAL DIVERSITY
                          1212 Broadway, Ste. 800
                          Oakland, CA 94612
                          Tel: 510-844-7100 x318
                          Fax: 510-844-7150
                          Email: jevans@biologicaldiversity.org

                          *Counsel for Plaintiffs*


                           /s/ Lucy E. Brown
                          ─────────────────────────────
                          LUCY E. BROWN (HI Bar No. 10946)
                          United States Department of Justice
                          Environment & Natural Resources Division
                          Environmental Defense Section
                          150 M. Street NE, Suite 4.400
                          Washington, DC 20002
                          lucy.e.brown@usdoj.gov
                          Telephone (202) 307-6430
                          Facsimile (202) 514-8865

                          *Attorney for Defendant*
</pre>

3
JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE [AND PROPOSED ORDER]
CASE NO. 3:20-CV-05436-EMC

[PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, the briefing schedule and hearing date (Dkt. No. 31) are CONTINUED as follows:

| Deadline | Due Date |
| --- | --- |
| Plaintiffs' Motion for Summary Judgment | February 16, 2021 |
| EPA's Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | April 20, 2021 |
| Plaintiffs' Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to EPA's Cross-Motion for Summary Judgment | May 18, 2021 |
| EPA's Reply in Support of EPA's Cross-Motion for Summary Judgment | June 8, 2021 |
| Hearing | July 1, 2021 1:30 pm |

**IT IS SO ORDERED**

Dated:

_____
EDWARD CHEN
United States District Judge