OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

## CIVIL MINUTES

**Date:** January 28, 2021    **Time:** 10:32-10:35= 3 Minutes    **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-05436-EMC    **Case Name:** Center for Biological Diversity v. Wheeler

**Attorney for Plaintiff:** Ashley Bruner
**Attorney for Defendant:** Lucy Brown

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Katherine Sullivan

### PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference held.

### SUMMARY

Parties stated appearances.

Issues remaining are largely remedial questions and will be subject to summary judgment. Plaintiff's opening brief will be filed 2/16/2012 with a hearing in July, 2021. Settlement Conference held last Friday and parties are currently in further discussions. No need for further mediation at this time. If no resolution, case will proceed to summary judgment.