JEAN E. WILLIAMS
*Acting Assistant Attorney General*
LUCY E. BROWN (HI Bar No. 10946)
*Attorney*
lucy.e.brown@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M. Street NE, Suite 4.400
Washington, D.C. 20002
Telephone (202) 307-6430
Facsimile (202) 514-8865

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JANE NISHIDA, in her official capacity as the Acting Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:20-cv-05436-EMC<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS FOR 90 DAYS [AND PROPOSED ORDER]** |

Pursuant to Local Rule 6-2, Plaintiffs Center for Biological Diversity, Center for Environmental Health, and Sierra Club (collectively, "Plaintiffs") and Defendant Jane Nishida, in her official capacity as the Acting Administrator of the United States Environmental Protection Agency[1] (hereinafter "EPA"), by and through the undersigned counsel, hereby jointly

---

[1] Jane Nishida, Acting Administrator of the U.S. Environmental Protection Agency, is substituted for Andrew R. Wheeler in accordance with Federal Rule of Civil Procedure 25(d).

stipulate to stay all proceedings in this case for 90 days, with a status report due at the conclusion of the 90 days. The basis for this request is that counsel for Plaintiffs and Defendant (collectively, the "Parties") have made substantial progress in negotiations on terms which would resolve all issues remaining in this matter other than Plaintiffs' claim for costs of litigation, including attorneys' fees. The Parties are in the process of reducing those terms to writing. Any settlement is subject to review and approval by officials in EPA and the Department of Justice and public notice pursuant to Clean Air Act Section 113(g), 42 U.S.C. § 7413(g). In support of this stipulation and proposed order, the Parties state as follows:

1. The Court's December 10, 2020 Order (Dkt. No. 36) set the following briefing schedule for this case:

| Deadline | Due Date |
| --- | --- |
| Plaintiffs' Motion for Summary Judgment | February 16, 2021 |
| EPA's Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | April 20, 2021 |
| Plaintiffs' Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to EPA's Cross-Motion for Summary Judgment | May 18, 2021 |
| EPA's Reply in Support of EPA's Cross-Motion for Summary Judgment | June 8, 2021 |
| Hearing | July 1, 2021 1:30 pm |

2. This is the third request for a time modification. The Parties previously jointly stipulated to extend Defendant's answering deadline from October 16, 2020 to November 20, 2020 (Dkt. No. 18).[2] The Parties also jointly stipulated to extend the briefing schedule by 60

---

[2] The Parties jointly stipulated to further extend Defendant's answering deadline (Dkt. No. 32), but that stipulation was withdrawn by Defendant (Dkt. No. 33).

1  days to provide time to discuss settlement proposals (Dkt. No. 35). The Court granted both
2  requests (Dkt. Nos. 19 and 36).

3       3.     Counsel for the Parties have made substantial progress in negotiations on terms which would resolve all issues remaining in this matter other than the claim for costs of litigation, including attorneys' fees.

       4.     The Parties believe that 90 days is adequate time to complete their negotiations and reduce their agreement in principle to a writing.

       5.     Assuming the Parties are able to complete these negotiations and a written agreement, counsel for EPA will seek the approval of the appropriate officials within the Department of Justice and EPA and counsel for Plaintiffs will seek formal organizational approval of a proposed consent decree.

Accordingly, the Parties stipulate to and request that the Court enter an order staying all proceedings, including the briefing deadlines, for 90 days from the date of the Court's order, with a status report due at the conclusion of the 90 days.

Respectfully submitted,

Date:

          */s/ Lucy E. Brown*
          JEAN E. WILLIAMS
          *Acting Assistant Attorney General*
          LUCY E. BROWN (HI Bar No. 10946)
          *Attorney*
          United States Department of Justice
          Environment & Natural Resources Division
          Environmental Defense Section
          150 M. Street NE, Suite 4.400
          Washington, DC 20002
          lucy.e.brown@usdoj.gov
          Telephone (202) 307-6430
          Facsimile (202) 514-8865

          *Attorneys for Defendant*

*/s/ Ashley Bruner*
ASHLEY BRUNER, *Admitted Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 1178
Flagstaff, AZ 86002
Phone: 928-666-0731
email: abruner@biologicaldiversity.org

Robert Ukeiley, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*

# [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, all proceedings are stayed for 90 days from the date of this order. Upon expiration of the stay, the Parties shall file a status report.

**IT IS SO ORDERED.**

Dated: _____                              _____

                                                  EDWARD CHEN
                                                  United States District Judge