TODD KIM
Assistant Attorney General
LUCY E. BROWN (HI Bar No. 10946)
*Attorney*
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.400
Washington D.C. 20002
Telephone (202) 598-1868
Facsimile (202) 514-8865
Email: lucy.e.brown@usdoj.gov

*Attorneys for Defendant*

[additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:20-cv-05436-EMC<br><br>**JOINT NOTICE TO COURT OF STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 44)** |

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), and Plaintiffs Center for Biological Diversity, Center for Environmental Health, and Sierra Club (collectively, "Plaintiffs") file this stipulation notifying the Court that the parties have agreed to extend the deadline for final action on the nonattainment state implementation plan ("SIP") for the 2010 sulfur dioxide National Ambient Air Quality Standards ("SO$_2$ NAAQS") submitted by Alton Township, Illinois. The aforementioned deadline is set forth in Paragraph 1.a. of the Consent

Decree entered by the Court on June 25, 2021 (Dkt. No. 44). Paragraph 5 of the Consent Decree provides, inter alia, that "[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court . . . ." Consent Decree, ¶ 5;

WHEREAS, the Consent Decree provides that the appropriate EPA official shall "sign a notice of final rulemaking pursuant to CAA section 110(k)(2)-(4), 42 U.S.C. § 7410(k)(2)-(4), no later than March 1, 2022 to approve, disapprove, or conditionally approve, in full or in part, the nonattainment SIP that Alton Township, Illinois submitted to EPA on December 3, 2018 containing the following elements: (1) Attainment Demonstration; (2) Contingency Measures; (3) Emissions Inventory; (4) RACT/RACM; and (5) RFP, for the 2010 $SO_2$ NAAQS for the elements of CAA sections 172(c) and 192, 42 U.S.C. §§ 7502(c) and 7514a[.]" Consent Decree, ¶ 1.a.;

WHEREAS, EPA needs additional time in light of factual developments that have occurred since entry of the Consent Decree to sign a notice of final rulemaking to approve, disapprove, or conditionally approve, in full or in part, the nonattainment SIP submitted by Alton Township, Illinois; and

WHEREAS, the parties have agreed to an extension of the action in Paragraph 1.a. from March 1, 2022 to March 1, 2023;

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. EPA's deadline to perform the action described in Paragraph 1.a. of the Consent Decree (Dkt. No. 44, ¶ 1.a.) is extended to March 1, 2023.

//
//
//
//
//
//
//
//
//

Respectfully submitted,
Date: January 4, 2022

/s *Robert Ukeiley* (email auth. 12/15/2021)
ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

TODD KIM
Assistant Attorney General

/s *Lucy E. Brown*
LUCY E. BROWN (HI Bar No. 10946)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.400
Washington D.C. 20002
Tel: (202) 598-1868
Email: lucy.e.brown@usdoj.gov

*Attorneys for Defendant*

Of counsel:
Hali Kerr
Office of General Counsel
U.S. Environmental Protection Agency